## JAMES FULTON *versus* SAMUEL C. LASHLEY

JOURNAL ENTRIES (1818): *Journal 2:* (1) Discontinued *p. 599.
PAPERS IN FILE: (1) Declaration.
*Office Docket*, MS p. 65, cases 2 and 3.

## JEAN BAPTISTE CAMPAU *versus* GABRIEL CHENE

JOURNAL ENTRIES (1818–32): *Journal 2:* (1) Continued *p. 599; (2) rule to answer *p. 616; (3) rule to take testimony *p. 632; (4) case to be entered same as case 567 *p. 634; (5) publication ordered, rule to answer *p. 634; (6) bill of revivor and supplement filed *p. 651; (7) appearance *p. 697; (8) rule to show cause against revivor *p. 702; (9) bill revived, rule to answer *p. 710. *Chancery Journal:* (10) Continued *p. 54. *Journal 4:* (11) Continued MS p. 71; (12) continued MS p. 104; (13) continued MS p. 213; (14) continued MS p. 278; (15) motion for revivor MS p. 359; (16) motion for dismissal MS p. 439; (17) dismissed nisi MS p. 497; (18) motion to make dismissal absolute, argued MS p. 498; (19) leave given to file bills of revivor and supplement MS p. 500; (20) death suggested MS p. 517.
PAPERS IN FILE: (1) Bill of complaint; (2) subpoena and return; (3) subpoena and return; (4) draft of leave to file bill of revivor; (5) bill of revivor and supplement; (6) subpoena; (7) motion for rule to answer, etc.; (8) answer to bill of revivor.
*Office Docket*, MS p. 96, c. 45. (Case 13 of 1820)